1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
9

10 AMRIT FRANCIS JR.,                    )   Case No. 2:22-cv-00776-JCM-DJA
                                         )
11                Plaintiff,             )
                                         )
12 vs.                                   )   **JOINT MOTION FOR EXTENSION OF**
                                         )   **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES, LLC;    )   **INFORMATION SERVICES LLC TO**
   BACKGROUNDCHECKS.COM LLC; and         )   **FILE ANSWER**
14 AMERICA FIRST CREDIT UNION,           )
                                         )   **FIRST REQUEST**
15                Defendants.            )
                                         )
16                                       )
                                         )
17                                       )

18      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

21 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

22 move or otherwise respond to the Complaint in this action is extended from June 8, 2022 through

23 and including **July 8, 2022**. The request was made by Equifax so that it can have an opportunity

24 to

25 / /

26 / /

27 / /

28

1  collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves. This stipulation is filed in good faith and not intended to cause delay.
3      Respectfully submitted, this 7th day of June, 2022.

5  CLARK HILL PLLC

**<u>No opposition</u>**

6  By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

/s/Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: June 8, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 7th day of June, 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com