MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
SCOTT H. BARBAG, ESQ.
Nevada Bar No. 14164
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Pocci@LitchfieldCavo.com
Barbag@LitchfieldCavo.com
*Attorneys for Defendant, America First Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMRIT FRANCIS, JR.,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; BACKGROUNDCHECKS.COM LLC; AMERICA FIRST CREDIT UNION,<br><br>Defendants. | CASE NO.:  2:22-cv-00776-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AMERICA FIRST CREDIT UNION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Plaintiff AMRIT FRANCIS JR. ("Plaintiff") and Defendant, AMERICA FIRST CREDIT UNION ("America First") by and through their undersigned counsel, hereby agree and stipulate to extend the time for America First to file a response to the Complaint [ECF 1] from the current deadline of June 10, 2022 to **June 24, 2022**.

This extension is necessary to allow defense counsel to conduct an investigation into the allegations and to prepare a response to the Complaint.

This is the first request for an extension of time to respond to the Complaint.  This request is

1

made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 10, 2022 | FREEDOM LAW FIRM |
| | By:  */s/ Gerardo Avalos, Esq.* |
| | George Haines, Esq. |
| | Nevada Bar No. 9411 |
| | Gerardo Avalos, Esq. |
| | Nevada Bar No. 15171 |
| | Freedom Law Firm |
| | 8985 S. Eastern Avenue |
| | Suite 350 |
| | Las Vegas, NV  89123 |
| | |
| | and |
| | |
| | Michael Kind, Esq. |
| | Nevada Bar No. 13903 |
| | Kind Law |
| | 8860 South Maryland Parkway |
| | Suite 106 |
| | Las Vegas, NV  89123 |
| | |
| | Attorneys for Plaintiff, Amrit Francis, Jr. |
| Dated: June 9, 2022 | **LITCHFIELD CAVO LLP** |
| | By:  */s/ Scott H. Barbag, Esq.* |
| | MARISA A. POCCI, ESQ. |
| | Nevada Bar No. 10720 |
| | SCOTT H. BARBAG, ESQ. |
| | Nevada Bar No. 14164 |
| | 3993 Howard Hughes Parkway, Suite 100 |
| | Las Vegas, Nevada  89169 |
| | Telephone:  (702) 949-3100 |
| | Facsimile:  (702) 916-1776 |
| | Pocci@LitchfieldCavo.com |
| | Barbag@LitchfieldCavo.com |
| | *Attorneys for America First Credit Union* |

**IT IS SO ORDERED** that the deadline for American First to file its responsive pleading to the Complaint (ECF 1) is June 24, 2022.

Date:   June 13  , 2022.

_____
**United States Magistrate Judge**