Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Amrit Francis Jr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amrit Francis Jr., | Case No.: 2:22-cv-00776-JCM-DJA |
| Plaintiff, | |
| v. | |
| | **Notice of voluntary dismissal of Backgroundchecks.com LLC with prejudice** |
| Equifax Information Services, LLC; Backgroundchecks.com LLC; America First Credit Union, | |
| Defendants. | |

Notice                                      - 1 -

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Amrit Francis Jr. voluntarily dismisses with prejudice the claims against Backgroundchecks.com LLC in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 1, 2022.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Amrit Francis Jr.*

NOTICE - 2 -