Michael Kind, Esq. Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337 2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq. Nevada Bar No.: 9411
Gerardo Avalos, Esq. Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S Eastern Ave , Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam com

*Attorneys for Plaintiff Amrit Francis Jr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amrit Francis Jr.,<br><br>                   Plaintiff,<br>   v.<br><br>Equifax Information Services, LLC; Backgroundchecks com LLC; America First Credit Union,<br><br>                   Defendants. | Case No.: 2:22-cv-00776-JCM-DJA<br><br>**Stipulation of dismissal of America First Credit Union with prejudice** |

STIPULATION                                1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amrit Francis Jr. and America First Credit Union stipulate to dismiss Plaintiff's claims against America First Credit Union with prejudice.

Each party will bear its own costs, disbursements, and attorney fees. Dated: June 29, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq
Gerardo Avalos, Esq
8985 S Eastern Ave, Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Amrit Francis Jr*

**LITCHFIELD CAVO, LLP**

/s/ Scott Barbag
Scott Barbag, Esq.
3993 Howard Hughes Pkwy, Suite 100
Las Vegas, NV 89169
*Counsel for Defendant America First Credit Union*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED   July 5, 2022