GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AMRIT FRANCIS JR., <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; BACKGROUNDCHECKS.COM LLC; and AMERICA FIRST CREDIT UNION, <br><br> Defendants. | Case No. 2:22-cv-00776-JCM-DJA <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 8, 2022 through and including **August 8, 2022**.  The request was made by Equifax so that the parties may have additional

/ /

/ /

/ /

1  time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good
2  faith and not intended to cause delay.
3        Respectfully submitted, this 7th day of July, 2022.

5  CLARK HILL PLLC

6  By: /s/Gia N. Marina
7  Gia N. Marina
   Nevada Bar No. 15276
8  3800 Howard Hughes Pkwy,
   Suite 500
9  Las Vegas, NV 89169
   Tel: (702) 862-8300
10 Fax: (702) 862-8400
   Email: gmarina@clarkhill.com
11 *Attorney for Defendant Equifax Information
12 Services LLC*

   ***No opposition***

   /s/Michael Kind
   Michael Kind, Esq.
   Nevada Bar No. 13903
   KIND LAW
   8860 South Maryland Parkway, Suite 106
   Las Vegas, NV 89123
   Phone: (702) 337-2322
   Fax: (702) 329-5881
   Email: mk@kindlaw.com

   George Haines, Esq.
   Nevada Bar No. 9411
   Gerardo Avalos, Esq.
   Nevada Bar No. 15171
   HAINES & KRIEGER, LLC
   8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
   Phone: (702) 880-5554
   Fax: (702) 385-5518
   *Attorneys for Plaintiff*

20 IT IS SO ORDERED:

   [signature]
   _____
   United States Magistrate Judge

23 DATED:  July 8, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 7th day of July, 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com