George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Amrit Francis Jr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amrit Francis Jr., | Case No.: 2:22-cv-00776-JCM-DJA |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Equifax Information Services LLC** |
| Equifax Information Services, LLC; Backgroundchecks.com LLC; America First Credit Union, | |
| Defendant(s). | |

NOTICE                            - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

The dispute between Amrit Francis Jr. ("Plaintiff") and Equifax Information Services LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: July 19, 2022.

                              **FREEDOM LAW FIRM**

                              /s/ George Haines
                              George Haines, Esq.
                              Gerardo Avalos, Esq.
                              8985 S. Eastern Ave., Suite 350
                              Las Vegas, Nevada 89123
                              *Counsel for Plaintiff Amrit Francis Jr.*