Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Amrit Francis Jr.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Amrit Francis Jr., | Case No.: 2:22-cv-00776-JCM-DJA |
|---|---|
| Plaintiff, | |
| v. | **Notice of voluntary dismissal of Equifax Information Services LLC with prejudice** |
| Equifax Information Services, LLC, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Amrit Francis Jr. voluntarily dismisses with prejudice the claims against Equifax Information Services LLC in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 28, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Amrit Francis Jr.*

NOTICE - 1 -